IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JEANETTE JONES, | ) | C/A No.: 3:13-cv-02954-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Order** |
| | ) | |
| LM GENERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has been informed by the parties, by way of binding stipulation, that the amount in controversy in this matter does not exceed $75,000.00. As a result, the Court no longer enjoys jurisdiction in this matter pursuant to 28 U.S.C. § 1332. Thus, this matter is remanded to the Court of Common Pleas, Richland County, South Carolina.

**IT IS SO ORDERED.**


s/Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

November 14, 2013
Columbia, South Carolina